ASSOCIATED METALS & MINERALS COR-
PORATION, Plaintiff-Appellant, v. SWE-
DISH AMERICA MEXICO LINE, Limit-
ed, Defendant-Appellee.

No. 271.

Circuit Court of Appeals, Second Circuit.

Feb. 25, 1944.

Paskus, Gordon & Hyman, of New York
City (Joseph C. Slaughter and Morris
Katz, both of New York City, of counsel),
for appellant.

Kirlin, Campbell, Hickox, Keating & Mc-
Grann, of New York City (Roger Siddall,
of New York City, and David P. Dawson,
of Brooklyn, of counsel), for appellee.

Before SWAN, CHASE, and CLARK,
Circuit Judges.

PER CURIAM.

Judgment affirmed on opinion below, 48
F.Supp. 819.

MEIGS, BASSETT & SLAUGHTER, Inc.,
Plaintiff-Appellant, v. E. I. DU PONT DE
NEMOURS & COMPANY, Defendant-Ap-
pellee.

No. 259.

Circuit Court of Appeals, Second Circuit.

Feb. 25, 1944.

W. Brown Morton, of New York City
(W. Peters Blanc and William M. Kil-
cullen, both of New York City, of counsel),
for appellant.

Darby & Darby, of New York City
(Arthur G. Connolly, of Wilmington, Del.,
Samuel E. Darby, Jr., of New York City,
Chester H. Biesterfeld, and James M. Cas-
tle, Jr., both of Wilmington, Del., of coun-
sel), for appellee.

Before SWAN, CHASE, and CLARK,
Circuit Judges.

PER CURIAM.

Decree affirmed on opinion below, 51
F.Supp. 794.